**UNITED STATES DISTRICT COURT**
FOR THE
**DISTRICT OF MINNESOTA**

**Chambers of**  　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Warren E. Burger Federal Building
**PATRICK J. SCHILTZ**  　　　　　　　　　　　　　　　　　　　　　　　　　　316 North Robert Street
**DISTRICT JUDGE**  　　　　　　　　　　　　　　　　　　　　　　　　　　　　St. Paul, Minnesota 55101
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(651) 848-1900

June 23, 2008

Ms. Kristin Heebner　　　　　　　　　　　　Mr. James Jorissen
Ms. Lorie Klein　　　　　　　　　　　　　　Mr. Chad Kelsch
Mr. Mathew Meyer　　　　　　　　　　　　　Leonard, O'Brien, Spencer, Gale & Sayre
Mr. Cass Weil　　　　　　　　　　　　　　　100 South 5th Street - Suite 2500
Moss & Barnett　　　　　　　　　　　　　　Minneapolis, MN 55402
90 South 7th Street - Suite 4800
Minneapolis, MN 55402

　　　　　Re:　　*Elliot & Callan, Inc. v. Luther Allan Crofton*
　　　　　　　　Case No. 07-CV-3391 (PJS/JJG)

Dear Counsel:

　　　　I have read your letters regarding the scheduling of the trial in this matter. I am sorry that I was not able to reply sooner, but I have been out of town during the past two weeks.

　　　　I entered an order in this case on January 25, 2008, setting this case for trial on July 15, 2008, and requiring that "all parties must be prepared to try their cases on that date." I am not able to move the case to July 17, as I have a commitment beginning at 2:00 p.m. that cannot be rescheduled. We will thus try this case on July 15.

　　　　I am sorry that this may prejudice Mr. Crofton, but he has known of the trial date since January. He has had ample opportunity to avoid the conflict or ask for a postponement. I have a full trial calendar over the next two months, and I am not willing to reschedule the trial of this matter at this late date.

　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　s/Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　　Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　　United States District Judge