**UNITED STATES DISTRICT COURT**
FOR THE
**DISTRICT OF MINNESOTA**

**Chambers of**  
**PATRICK J. SCHILTZ**  
**DISTRICT JUDGE**

**Warren E. Burger Federal Building**  
**316 North Robert Street**  
**St. Paul, Minnesota 55101**  
(651) 848-1900

June 24, 2008

Ms. Kristin Heebner  
Ms. Lorie Klein  
Mr. Mathew Meyer  
Mr. Cass Weil  
Moss & Barnett  
90 South 7th Street - Suite 4800  
Minneapolis, MN 55402

Mr. James Jorissen  
Mr. Chad Kelsch  
Leonard, O'Brien, Spencer, Gale & Sayre  
100 South 5th Street - Suite 2500  
Minneapolis, MN 55402

Re: *Elliot & Callan, Inc. v. Luther Allan Crofton*  
Case No. 07-CV-3391 (PJS/JJG)

Dear Counsel:

I received your letters of June 23, 2008.

Trial will commence at 9:00 a.m. on July 15, as previously ordered. I will hear all of the plaintiff's evidence on that date. I will also hear all of the defendant's evidence, save the testimony of Dr. Haber. I will then recess the trial until 8:30 a.m. on July 17. At that time, I will hear Dr. Haber's testimony, and then I will hear rebuttal evidence (if any) and closing arguments. We will have to conclude no later than 1:00 p.m. on July 17, and thus I may have to impose time limitations on the questioning of Dr. Haber or on closing arguments.

If I exclude the testimony of Dr. Haber in response to a motion in limine, we will simply finish the trial on July 15.

Sincerely,

s/Patrick J. Schiltz  
Patrick J. Schiltz  
United States District Judge